**Electronically Filed
Supreme Court
SCWC-24-0000450
20-JAN-2026
12:47 PM
Dkt. 17 ODAC**

SCWC-24-0000450

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF ADOPTION OF B.H., by M.P. and C.P.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000450; CASE NO. 2FAN-23-0000007)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge DeWeese, assigned by reason of vacancy)

Petitioners' Application for Writ of Certiorari, filed

on November 26, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 20, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Wendy M. DeWeese

